AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA De Souza)                                           USAO CW No. 25-216

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 25-mj-2433 |
| Sean Gallagher | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 21, 2023 - January 23, 2024  in the county of  Montgomery  in the
 Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2422(b) | Enticement of a minor to engage in illicit sexual conduct and attempt |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Jessica Prendergast
*Complainant's signature*

Jessica Prendergast, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

Carol Sandra Moore Wells  2025.12.11 17:03:41 -05'00'
                          2025.001.20937
*Judge's signature*

City and state:  Philadelphia, Pennsylvania          Honorable Carol Sandra Moore, USMJ
*Printed name and title*

25-mj-2433

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jessica Prendergast, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 2021. I am currently assigned to the FBI's Philadelphia Division, Newtown Square Resident Agency. As such, I am tasked with investigating violent crimes and gangs, including commercial robberies and burglaries and other violations of the Hobbs Act, carjackings, interstate transportation of stolen property, and other violations of federal law to include violent crimes against children involving child sex abuse material (CSAM). Prior to being assigned to the Violent Crimes Task Force, I was assigned to the Safe Streets Task Force in the Chicago Division of the FBI. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. I make this affidavit in support of a criminal complaint charging SEAN GALLAGHER with one count of enticement of minor to engage in illicit sexual conduct, in violation of 18 USC § 2422(b), from on or about July 21, 2023 through on or about January 23, 2024, as outlined below.

3. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4. The statements in this Affidavit are based on my investigation and other law enforcement officers' investigation of this matter. Because this Affidavit is being submitted for

1

the limited purpose of demonstrating probable cause in support of the attached criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for the arrest of SEAN GALLAGHER.

## PROBABLE CAUSE

5.     In 2024, a federal grand jury in this District returned an indictment charging DEFENDANT 1 with manufacturing of child pornography, in violation of 18 U.S.C. § 2251(a),(e) and related child exploitation crimes. This indictment stemmed from DEFENDANT 1 sexually abusing a young girl and then sharing images and videos of the abuse online with others.

6.     In February 2024, pursuant to a federal search warrant, the FBI reviewed DEFENDANT 1's cell phone and recovered two videos and six images of CSAM involving DEFENDANT 1's child victim. The creation dates of these videos/images range from April 2023 through December 2023.

7.     In February 2024, during an interview with the FBI, DEFENDANT 1 described communicating online via Snapchat with an unknown male who asked him to sexually abuse a child and to send him child pornography. DEFENDANT 1 confessed to sexually abusing a girl. He admitted to taking a video of the abuse and distributing it online.

8.     A subsequent review of the content on DEFENDANT 1's cell phone, along with Google search warrant results for his email account showed that DEFENDANT 1 was in contact with Snapchat username DiscreetTop1994 and email discreetdiscreet215@outlook.com with a display name of "Discreet Discreet," later identified as the defendant, Sean GALLAGHER, as

2

noted below. A review of one of their email exchanges on January 28, 2024, documented Discreet Discreet making the following statements to DEFENDANT 1:

- "I bet when you look at her you think of me"
- "Don't you slut"
- "Is she there now"

9. Based on my investigation and my interview of DEFENDANT 1, I believed that the "she" in this conversation referred to DEFENDANT 1's minor victim. In addition, I believed based upon the investigation and my training and experience, the phrases "I bet when you look at her you think of me" and "you slut" indicated that Discreet Discreet was aware of, encouraged, and observed evidence of DEFENDANT 1's sexual abuse of the child victim.

10. Open-source databases, including Accurint and PennDOT, identified Sean GALLAGHER (date of birth of x/xx/1994[1]) as the user of the Snapchat Discreettop1994 account. PennDOT records listed GALLAGHER's current home residence as an apartment in Phoenixville, Pennsylvania.

11. On July 1, 2025, the FBI made contact with GALLAGHER at his home. During an interview with GALLAGHER, he admitted being familiar with the email account discreetdiscreet215@outlook.com and admitted receiving CSAM from DEFENDANT 1. GALLAGHER stated he deleted any CSAM he had received and a subsequent search of his cell phone yielded no apparent CSAM.

---

[1] His complete date of birth is known to your affiant but has been omitted from this public filing.

25-mj-2433

12. Pursuant to a search warrant, Snapchat provided any available chat records associated with GALLAGHER's discreetdiscreet215@outlook.com from April 2023 through February 2024. A review of GALLAGHER's Snapchat records showed that he had communicated with numerous individuals who self-identified as underaged boys. During these conversations, GALLAGHER solicited the boys to send him photographs of their anuses.

13. In a second interview with the FBI on July 18, 2025, Gallagher admitted that he had used his cell phone to obtain child pornography. GALLAGHER stated he viewed and then deleted the images.

14. In the same July 2025 interview, GALLAGHER was shown a conversation between him and Minor 1 from July 21, 2023 through January 23, 2024.[2]

   a. According to the chat records, GALLAGHER initiated the chat conversation with a child (hereafter Minor 1). After learning Minor 1 was 15 years old, GALLAGHER engaged with the child as follows:

   - Mmm nice tight little boy hole?
   - Show me
   - I wanna be your big bro
   - Show big bro that tight little boy hole
   - Like a good little boy

---

[2] The Snapchat usernames and identities of all children referenced in this affidavit are known to your affiant and are being withheld here to protect the personally identifiable information of these child victims.

25-mj-2433

    b. On September 22, 2023, GALLAGHER again stated "Let's see that ass little bro." The minor then sent an image of a back view of his exposed buttocks and genitalia. On January 23, 2024, GALLAGHER sent a video of an unidentified male inserting an object into his anus.

    c. In an interview, Minor 1 identified himself in the photograph he sent to GALLAGHER, confirmed he was 15 years old at the time it was sent, and stated that he sent the image in response to GALLAGHER's request.

    d. GALLAGHER stated he did not remember the conversation with Minor 1, but that the conversation was with his username.

15. In the same July 2025 interview, GALLAGHER was shown a chat conversation he had with another child (hereafter Minor 2) starting in June 2023.

    a. In the chat, Minor 2 identified himself to GALLAGHER as being 16 years old. After learning his age, GALLAGHER asked Minor 2 ask about his "nice tight hole" and then demanded Minor 2 to "show" it to GALLAGHER. In response, Minor 2 sent photographs of the child's anus to GALLAGHER.

    b. In an interview, Minor 2 identified himself in these photographs and confirmed he was underage at the time he produced these images, and did so at GALLAGHER's request.

    c. When the FBI showed GALLAGHER his conversation with Minor 2, GALLAGHER stated that when he wrote "nice tight hole," he meant the minor's anus. GALLAGHER stated he did not remember this conversation, but that he was the person in communication with the minor.

25-mj-2433

16. I further investigated the internet account used by GALLAGHER around the time period he received the images sent to him by Minor 1 and Minor 2 as described in the two previous paragraphs. The Internet Protocol addresses listed during this time period resolved back to a Verizon account subscribed to GALLAGHER's spouse at an apartment in Upper Merion, Pennsylvania. Further investigation showed that GALLAGHER and his spouse had lived at this apartment during the 2023 time period before moving to Phoenixville, Pennsylvania.

17. On November 11, 2025, GALLAGHER made the following statements during a recorded interview:

   a. Gallagher acknowledged remembering the conversations he had with underage boys on Snapchat. Gallagher remembered engaging in big bro-little bro role playing and remembered swapping images and videos with the boys. Gallagher was aware that the boys he was talking with were underage.

   b. He claimed that most of the time the boys would message Gallagher. Gallagher would ask them their "ASL" (age, sex, location), and when they would tell Gallagher they were underage, he would continue talking to them because he was curious and wanted to engage in role play.

   c. In some cases, Gallagher recalled specifically asking boys for certain types of sexually explicit images and videos. The youngest boy Gallagher recalled talking to was 15 years old. Gallagher was aware that these are real children.

   d. Gallagher admitted engaging in this behavior for the past three years. Gallagher estimates that over three years, he received sexually explicit images and videos over Snapchat from approximately 10 underage boys.

25-mj-2433

e. Gallagher sometimes sent sexually explicit images and videos of himself to the underaged boys. Gallagher engaged in live video chats with the boys, during which Gallagher and the boys would masturbate.

25-mj-2433

## CONCLUSION

16. Based on the information above, I respectfully submit that there is probable cause to believe that SEAN GALLAGHER has violated 18 U.S.C. § 2422(b) (enticement of a minor to engage in illicit sexual conduct) from on or about July 21, 2023 through on or about January 23, 2024 with Minor 1. Therefore, I respectfully request that the attached form of criminal complaint be issued for the arrest of SEAN GALLAGHER.

/s/ Jessica Pendergast
Jessica Prendergast
Special Agent
Federal Bureau of Investigation

Sworn to me this 10th
day of December, 2025.

Carol Sandra Moore Wells  2025.12.11 17:05:00 -05'00'
2025.001.20937

HONORABLE CAROL SANDRA MOORE WELLS
United States Magistrate Judge

8

# ATTACHMENT A

**Count One: Enticement of a Minor to Engage in Illicit Sexual Conduct – 18 U.S.C. § 2242(b)**

From on or about July 21, 2023 through on or about January 23, 2024, in the Eastern District of Pennsylvania, the defendant, SEAN GALLAGHER, did knowingly use and attempt to use any facility and means of interstate or foreign commerce, that is, the Internet, to knowingly persuade, induce, entice, and coerce Minor 1, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, namely the attempted manufacturing of child pornography, in violation of 18 U.S.C. § 2251(a), and corruption of minors, in violation of Pa. C.S.A. § 6301(a)(1)(i).